> It is So Ordered. Defendant Kent State's Motion for Partial Judgment on the Pleadings and Plaintiff's Motion for Leave to File a First Amended Complaint are dismissed as moot. Docs. 8, 11.
> /s/ John R. Adams
> U.S. District Judge
> March 15, 2023

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**
**AT AKRON**

| | |
|---|---|
| **GPAT PATTERSON, Ph.D.,** | ) Case No. 5:22-cv-02052 |
| **Plaintiff,** | ) Judge: Hon. John R. Adams |
| v. | ) |
| | ) **AGREED ENTRY** |
| **KENT STATE UNIVERSITY**, *et al.*, | ) |
| **Defendants.** | ) |

**COME NOW**, Plaintiff GPat Patterson, Ph.D., and Defendants Kent State University, Mandy Munro-Stasiuk, Ph.D., and Julie M. Mazzei, Ph.D., by and through their respective counsel, and respectfully submit this Agreed Entry permitting Plaintiff to file their First Amended Complaint under Civil Rule 15. On March 1, 2023, Plaintiff filed their Motion for Leave to File First Amended Complaint. [Doc. #11]. Prior to filing, the undersigned requested Defendants' consent on short notice to do so without seeking leave. Due to the short notice, Defendants were unable to timely respond one way or the other through no fault of their own.

On March 7, 2023, however, Defendants' counsel informed the undersigned that rather than use the resources of the parties and of the Court to litigate Plaintiff's Motion for Leave, Defendants preferred to consent to Plaintiff amending the Complaint without seeking leave of the Court, while preserving all applicable defenses. After some additional discussion, counsel for the parties agreed on the form of the First Amended Complaint filed contemporaneously with the instant Agreed Entry. [Doc. #12].

The parties respectfully submit that neither Plaintiff nor Defendants have acted with any dilatory purpose; that no Party will be prejudiced by the filing of the First Amended Complaint; that their agreement will preserve judicial resources and the