# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **GPAT PATTERSON,** | ) Case No. 5:22-cv-02052 |
| Plaintiff, | ) |
| | ) Judge: Hon. John R. Adams |
| v. | ) |
| | ) **ORDER** |
| **KENT STATE UNIVERSITY**, *et al.*, | ) |
| Defendants. | ) |

This matter is before the Court on Plaintiff's Motion to Amend the Court's Case Management Plan [Doc. #20] under Civil Rule 16(b)(4) to include certain expert disclosure and discovery deadlines to the same. Having considered the arguments of counsel, upon good cause being shown, there being no opposition from Defendants, and being in all ways sufficiently advised, the Court finds that Plaintiff's Motion is well taken and is granted.

**IT IS THEREFORE ORDERED** that the Court's Case Management Plan be amended as follows:

1. That Plaintiff shall have until and including October 30, 2023, to submit expert report(s);

2. That Defendants shall have until and including December 15, 2023, to submit expert report(s); and

3. That expert discovery and depositions shall be complete by February 1, 2024.

**DATED:** September 27, 2023

/s/ John R. Adams
_____
**Hon. John R. Adams,**
**United States District Court Judge,**
**Northern District of Ohio**