UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| GPAT PATTERSON, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| Plaintiff, | ) | CASE NO.: 5:22-CV-02052 |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | (Resolves Docs. 36, 38) |
| KENT STATE UNIVERSITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pending before the Court is Plaintiff GPat Patterson's Second Motion to Amend their Complaint. Doc. 36. Defendants opposed the motion, (Doc. 40), and Plaintiff replied, (Doc. 42). Upon review, the Court finds merit in Plaintiff's Second Motion to Amend and therefore the motion is GRANTED. The Second Amended Complaint is deemed filed as of the date of this Order.[1]

Further, Defendants' Motion for Leave to exceed page limitations and to file a deposition transcript is DENIED. Doc. 38.

**IT IS SO ORDERED.**

 1/18/2024                                                                    */s/ John R. Adams*
**Date**                                                                              **John R. Adams**
                                                                                              **U.S. District Judge**

---

[1] Defendants' substantive arguments may be raised during summary judgment, if applicable.