# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **GPAT PATTERSON, Ph.D.,** | Case No. 5:22-cv-2052 |
| Plaintiff, | Judge: Hon. John R. Adams |
| v. | |
| **KENT STATE UNIVERSITY,** *et al.*, | |
| Defendants. | |

### DR. PATTERSON'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO CITE SUPPLEMENTAL AUTHORITY

Dr. Patterson respectfully submits that the important First Amendment issues raised by the parties are well and fully briefed. Dr. Patterson likewise respects the Court's discretion regarding its consideration (or not) of additional authority decided by the Sixth Circuit after the parties' completed their summary judgment briefing. With the issues fully briefed, Dr. Patterson looks forward to the Court's decision on the merits.

**DATED: August 27, 2024.**

                                                                 Respectfully submitted,

                                                                 ***/s/Justin Whittaker***
                                                                 Justin Whittaker, Esq. (0093212)
                                                                 WHITTAKER LAW, LLC
                                                                2055 Reading Road, Suite 260
                                                               Cincinnati, Ohio 45202
                                                               (513) 475-5545
                                                               (513) 475-5544
                                                               Justin@WhittakerLawFirm.com

                                                               **Counsel for**
                                                               **Plaintiff, GPat Patterson, Ph.D.**

**CERTIFICATE OF SERVICE**

      I certify that I e-filed a copy of the foregoing on **August 27, 2024**. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

      */s/Justin Whittaker*
      Justin Whittaker, Esq. (0093212)