UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| GPAT PATTERSON, Ph.D., ) | CASE NO: 5:22-cv-02052 |
| ) | |
| Plaintiff, ) | JUDGE JOHN ADAMS |
| ) | |
| v. ) | |
| ) | **JUDGMENT ENTRY** |
| KENT STATE UNIVERSITY, et.al, ) | |
| ) | **(Resolves Docs, 70, 71, 75, 90, 97)** |
| Defendant. ) | |

For the reasons set forth in the ORDER filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's partial motion for summary judgment is DENIED. Doc. 75.  Defendants Munro-Stasiuk and Mazzei's motion for summary judgment is GRANTED. Doc. 71. Defendant Kent State's motion for summary judgment is GRANTED.  Doc. 70.  Plaintiff's motion to strike and for leave to file supplemental authority are DENIED as moot. Docs. 90, 97. The matter is hereby DISMISSED in its entirety.

**IT IS SO ORDERED.**

DATE: September 26, 2024

*/s/ John R. Adams*
Judge John R. Adams
UNITED STATES DISTRICT COURT

1