# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| GPAT PATTERSON, Ph.D., | Case No. 5:22-cv-2052 |
| Plaintiff, | Judge: Hon. John R. Adams |
| v. | |
| KENT STATE UNIVERSITY, | |
| and | |
| MANDY MUNRO-STASIUK, Ph.D., | |
| and | |
| JULIE MAZZEI, Ph.D., | |
| Defendants. | |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Plaintiff in the above-captioned civil action, GPat Patterson, Ph.D., by and through counsel, appeals to the United States Court of Appeals for the Sixth Circuit from the Memorandum of Opinion and Order [Doc.100], and Judgment Entry [Doc.101], entered by the United States District Court, Northern District of Ohio, at Akron, on September 30, 2024. Plaintiff is represented by the undersigned. Counsel for Defendants Kent State University, Mandy Munro-Stasiuk, Ph.D., and Julie Mazzei, Ph.D., is Daniel J. Rudary, Esq., BRENNAN, MANNA & DIAMOND, LLC, 75 East Market Street, Akron, Ohio 44308, DJRudary@BMDLLC.com.

**DATED: October 28, 2024.**

Respectfully submitted,

*/s/Justin Whittaker*
Justin Whittaker, Esq. (0093212)
WHITTAKER LAW, LLC
2055 Reading Road, Suite 260
Cincinnati, Ohio 45202
(513) 457-5545
(513) 436-0689 (Fax)
Justin@WhittakerLawFirm.com

**Counsel for Plaintiff-Appellant,
GPat Patterson, Ph.D.**

## CERTIFICATE OF SERVICE

I certify that I e-filed a copy of the foregoing Notice of Appeal on **October 28, 2024**. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/Justin Whittaker*
Justin Whittaker, Esq. (0093212)